UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BES ENTERPRISES, INC., | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| RONY NATANZON, VERED TAYLOR and ERN ACQUISITION, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | 05 10477 GAO |

Please enter the appearance of the undersigned counsel as counsel for the defendants Rony Natanzon, Vered Taylor and ERN Acquisition, LLC in the above captioned case.

RONY NATANZON, VERED TAYLOR and
ERN ACQUISITION, LLC,

By their attorneys,

*/s/ Erik Bartenhagen*
John P. Driscoll, Jr. (BBO #135360)
Erik P. Bartenhagen (BBO #640003)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: March 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Brian W. LeClair, Esq., 12 Fox Run Lane, Marblehead, MA 10945, attorney of record for the plaintiff, by facsimile and mail on this 14th day of March, 2005.

*/s/ Erik Bartenhagen*
Erik P. Bartenhagen

1410566.1