UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BES ENTERPRISES, INC., | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CORPORATE DISCLOSURE STATEMENT** |
| | ) | **OF DEFENDANT ERN ACQUISITION, LLC** |
| RONY NATANZON, VERED | ) | |
| TAYLOR and ERN ACQUISITION, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**05  10477 GAO**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3(A), defendant ERN Acquisition,

LLC states that it does not have a parent corporation and that no publicly held company owns

10% or more of its stock.

ERN ACQUISITION, LLC,

By its attorneys,

John P. Driscoll, Jr. (BBO #135360)
Erik P. Bartenhagen (BBO #640003)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated:  March 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Brian W.
LeClair, Esq., 12 Fox Run Lane, Marblehead, MA 10945, attorney of record for the plaintiff,
by facsimile and mail on this 14th day of March, 2005.

Erik P. Bartenhagen