UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | CIVIL ACTION<br>No.   05-10477-GAO |
| BES ENTERPRISES, INC.,<br>    Plaintiff, | * |
|  | * |
| v. | * |
| RONY NATANZON, | * |
| VERED TAYLOR,  and | * |
|  | * |
| ERN ACQUISITION, LLC, |  |
|    Defendants |  |
|  | * |

**CORPORATE DISCLOSURE STATEMENT OF BES ENTERPRISES, INC.**

   Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff BES Enterprises, inc. states that it does not have a parent corporation and that no publicly held company owns 10% or more of its stock.

                                        BES Enterprises, Inc.
                                        By its Attorneys

                                        /S/ Brian W. LeClair
                                        _____
                                        Brian W. LeClair (BBO#291080)
                                        12 Fox Run Lane
                                        Marblehead, MA 01945
                                        781-631-9981