# BRIAN W. LECLAIR
Attorney-at-Law

12 Fox Run Lane
Marblehead, MA 01945

Phone: 781-631-9981
Facsimile: 781-639-8032
Email: bwleclair@comcast.net

May 31, 2005

Gina Edge, Docket Clerk
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: BES Enterprises, Inc. v. Natanzon et al., Docket No. 05-10477-GAO

Dear Ms. Edge:

I am writing to advise the Court on a matter related to the pending Motion to Dismiss.

On April 28, 2005, plaintiff served its initial disclosures and discovery requests related to the jurisdictional issues raised by the motion. On receipt of defendants' discovery responses, plaintiff intends to seek leave to file a supplemental memorandum in opposition to the pending motion.

Sincerely,

Brian W. LeClair

Enclosure
Cc: John P. Driscoll, Esquire