# BRIAN W. LECLAIR
### Attorney-at-Law

12 Fox Run Lane
Marblehead, MA 01945

Phone: 781-631-9981
Facsimile: 781-639-8032
E-mail: bwleclair@comcast.net

July 8, 2005

Gina Edge, Docket Clerk
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re: BES Enterprises, Inc. v. Natanzon et al., Docket No. 05-10477-GAO

Dear Ms. Edge:

    I am writing to update the Court on the status of discovery related to the pending motion to dismiss and to request a further indulgence related to scheduling.

    I received today from the defendants redacted documents and a proposed confidentiality order; unfortunately I will be away for two week after today, including a week as a leader at summer camp for Boy Scout Troop 11 of Marblehead.  This makes it effectively impossible for me to deal with the discovery or consider a supplemental filing on the pending motion until after I have returned.

Sincerely,

Brian W. LeClair

Enclosure
Cc: Eric P. Bartenhagen, Esquire