# Nutter

Erik P. Bartenhagen
Direct Line: 617-439-2252
Fax: 617-310-9252
E-mail: ebartenhagen@nutter.com

December 19, 2005
106259-1

Gina Edge, Docket Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:  *BES Enterprises, Inc. v. Rony Natanzon, et al.*
     U.S. Dist. Ct., D. Mass., C.A. No. 05-10477-GAO

Dear Ms. Edge:

Pursuant to Local Rule 16.1, enclosed please find the parties' Joint Statement and Scheduling Conference Memorandum in the above-captioned matter, submitted in advance of the scheduling conference to be held before Judge O'Toole on Thursday, January 12, 2006. The clients' certifications required by Rule 16.1 will be filed shortly under separate cover letters.

Thank you.

Sincerely,

*Erik Bartenhagen*

Erik P. Bartenhagen

EB:baw
Enclosure

cc:  Brian W. LeClair, Esq.