

Erik P. Bartenhagen
Direct Line: 617-439-2252
Fax: 617-310-9252
E-mail: ebartenhagen@nutter.com

December 20, 2005
106259-1

Gina Edge, Docket Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re: *BES Enterprises, Inc. v. Rony Natanzon, et al.*
         U.S. Dist. Ct., D. Mass., C.A. No. 05-10477-GAO

Dear Ms. Edge:

    I have enclosed Defendants' Certification Pursuant to Local Rule 16.1 for filing in the above-referenced matter.

    Thank you.

                             Sincerely,

                             Erik P. Bartenhagen

EB:baw
Enclosure

cc:    Brian W. LeClair, Esq.

Nutter McClennen & Fish LLP ▪ Attorneys at Law

World Trade Center West ▪ 155 Seaport Boulevard ▪ Boston, MA 02210-2604 ▪ 617-439-2000 ▪ Fax: 617-310-9000 ▪ www.nutter.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BES ENTERPRISES, INC. ) | Civil Action No. 05-10477-GAO |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANTS' CERTIFICATION** |
| v. ) | **PURSUANT TO LOCAL RULE 16.1** |
| ) | |
| RONY NATANZON, et al. ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Massachusetts District Court Rule 16.1(D)(3), defendants Rony Natanzon, Vered Taylor and ERN Acquisition, LLC hereby certify that they have conferred with counsel with respect to the above matter:

(a) with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

RONY NATANZON

_____

VERED TAYLOR

_____

ERN ACQUISITION, LLC

_____
By: NAME

*Erik Bartenhagen*

John P. Driscoll, Jr. (BBO #135360)
Erik P. Bartenhagen (BBO #640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Of Counsel:

Paul M. Sandler (admitted *pro hac vice*)
Robert B. Levin (admitted *pro hac vice*)
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201
(410) 385-0202

Dated:  December 20, 2006

1476263.1