UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BES ENTERPRISES, INC. | ) | Civil Action No. 05-10477-GAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STATEMENT AND SCHEDULING** |
| | ) | |
| RONY NATANZON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Certification

The undersigned, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BES Enterprises, Inc.
By_____
    (Treasurer)

_____
Brian W. LeClair
12 Fox Run Lane
Marblehead, MA 01945

Certificate of Service

I, Brian W. LeClair, counsel for plaintiff, hereby certify that I served a copy of the forgoing Certification on the defendants on December 27, 2005, by mailing a copy thereof, postage prepaid, to their attorney: John P. Driscoll, Nutter, McClennen & Fish, LLP., World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210.

_____
Brian W. LeClair